IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER ERIC NELSON,**

        **Plaintiff,**

**v.**

**IDOC,** *et al.***,**

        **Defendants.**

**Case No. 24-cv-01897-SPM**

## JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

This matter having come before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

Plaintiff shall recover nothing, and this entire action is **DISMISSED with prejudice.**

**DATED: December 9, 2024**

        **MONICA A. STUMP,**
        **Clerk of Court**

        **By:** *s/ Megan Moyers*
              **Deputy Clerk**

**APPROVED:**   *s/Stephen P. McGlynn*
            **STEPHEN P. MCGLYNN**
            **United States District Judge**